■ In the Matter of CHRISTOPHER WASHINGTON, Petitioner, v ROLAND LARKIN, as Superintendent of Eastern Correctional Facility, Respondent. [1 NYS3d 873]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Rose, Egan Jr. and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.